UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE DALE STONEHILL,

    Plaintiff,

    v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Civil Action No. 22-3391 (CJN)

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pauline Dale Stonehill ("Plaintiff") and National Archives and Records Administration ("Defendant" or "NARA") jointly file this motion to modify the schedule for summary judgment briefing.

- On August 17, 2023, Defendant filed a motion for summary judgment. ECF No. 21.

- On September 13, 2023, Plaintiff filed a consent motion for an extension of time to file an opposition and a cross motion. ECF No. 22.

- On September 19, 2023, Plaintiff filed her opposition and cross motion. ECF Nos. 23, 24.

- On September 21, 2023, Plaintiff filed an errata for her opposition and cross motion. ECF No. 25.

- On September 28, 2023, Plaintiff filed a motion to amend her opposition and cross motion and attached the proposed amended opposition and cross motion. ECF No. 26.

Originally, Defendant opposed Plaintiff's motion to amend. However, the parties have conferred and come to an agreement. Defendant no longer opposes Plaintiff's motion to amend. The operative opposition and cross motion will be the one Plaintiff attached to her motion to amend: ECF No. 26-1. In exchange, Plaintiff consents to an extension for Defendant to reply in

support of its motion for summary judgment and oppose Plaintiff's cross motion for summary judgment. Below is the new schedule that the parties propose:

Defendant's Reply and Opposition............................Thursday, November 2, 2023

Plaintiff's Reply..................................................Wednesday, November 22, 2023

\*     \*     \*

Date:   October 3, 2023
        Washington, DC

/s/ Robert E. Heggestad
ROBERT E. HEGGESTAD
D.C. Bar No. 953380
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Sam Escher
     Sam Escher, D.C. Bar #1655538
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-2531
     Sam.Escher@usdoj.gov

*Attorneys for the United States of America*